Gordon G. Hauschild, WSBA No. 21055
ghauschild@jacksonwallace.com
JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
206-386-0214
Attorneys for Home Depot USA, Inc.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLENE KANE,<br><br>        Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendants. | NO. C10-5013 BHS<br><br>STIPULATED MOTION AND ORDER FOR REMAND TO STATE COURT<br>**[CLERK'S ACTION REQUIRED]** |

    COME NOW the parties herein, by and through their undersigned counsel, hereby agree and stipulate that this matter may and should be remanded to the Pierce County Superior Court, State of Washington, for further proceedings therein under cause number 09-2-16253-6. The Court is respectfully requested to enter an order remanding the case, without costs to any party, based upon this stipulation and upon 28 U.S.C. § 1447.

    DATED this _____ day of _____, 2010.

| | |
|---|---|
| SCHEER & ZEHNDER LLP | JACKSON & WALLACE LLP |
| /s/  PER TELEPHONE AUTHORIZATION | /s/ |
| Thomas J. Klusmeyer, WSBA #12363<br>Attorney for plaintiff | Gordon G. Hauschild, WSBA #21005<br>Attorneys for Defendant |

STIPULATED MOTION FOR REMAND TO STATE COURT - 1

1844997

ORDER

This matter coming before the Court on the above stipulation of the parties, through counsel; and the Court being advised that the parties agree and desire that this matter be remanded to state court for all further proceedings, it is hereby

ORDERED that this matter be, and it hereby is, REMANDED to the Superior Court of Washington, County of Pierce, for further proceedings. The Clerk of the Court shall mail a certified copy of this Order to said court.

DATED this 27th day of May, 2010.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

Jackson & Wallace LLP

_____
Gordon G. Hauschild, WSBA #21005
Attorneys for defendant

STIPULATED MOTION FOR REMAND TO STATE COURT - 2

1844997